## Commonwealth *v.* McClendon, Appellant.

Submitted September 12, 1969. *Joseph Michael Smith, F. Emmett Fitzpatrick, Jr.,* and *Fitzpatrick & Smith,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mahoney, Appellant.

Submitted September 10, 1969. *Lamont L. Mahoney,* appellant, in propria persona; *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.